IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00977-WYD-KLM

JONATHAN D. MARTIN,

     Plaintiff,

v.

NORTH METRO FIRE RESCUE DISTRICT, a Colorado non-profit corporation and Special District; and
DIVISION CHIEF JOSEPH BRUCE, in his individual capacity,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiff's Unopposed Motion for Leave to File Surreply (docket #23), filed September 5, 2007, is **GRANTED.**  Plaintiff's Surreply is accepted for filing.

     Dated:  September 6, 2007