# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

**Civil Action No.: 07-cv-00977-WYD-KLM**         **FTR** - Reporter Deck - Courtroom A-501
**Date:   September 06, 2007**                    Courtroom Deputy,  Ellen E. Miller

---

JONATHAN D.  MARTIN                               Hugh S.  Pixler

    **Plaintiff(s),**

v.

NORTH METRO FIRE RESCUE DISTRICT, and            Meredith L.  McDonald
JOSEPH BRUCE,

    **Defendant(s).**

---

### COURTROOM   MINUTES  /  MINUTE   ORDER

---

**HEARING:   STATUS   CONFERENCE**
**Court in Session:**     3:30 p.m.
Court calls case.    Appearance of counsel.

Discussion is held as to the Defendants' Motion for Protective Order and Stay of Discovery.

**It is ORDERED:**      Defendants'   MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY PENDING ORDER ON MOTION TO DISMISS [Docket No. **17,** Filed August 27, 2007] is **TAKEN UNDER ADVISEMENT.**

It is noted the Discovery Deadline is January 21, 2008.

Hearing Concluded.

**Court in Recess**:    3:45 p.m.
Total In-Court Time:    00:15