IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00977-WYD-KLM

JONATHAN D. MARTIN,

    Plaintiff,

v.

NORTH METRO FIRE RESCUE DISTRICT, and
JOSEPH BRUCE,

    Defendant(s).
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter comes before the Court on Defendant's Motion for Protective Order and Stay of Discovery Pending Order on Motion to Dismiss [Docket No. 17, Filed August 27, 2007].  The Court conducted a status conference on September 6, 2007, and took the motion under advisement [Docket No. 26].

    Having heard or read and considered the arguments of counsel, relevant pleadings and Plaintiff's pending written discovery requests, IT IS HEREBY **ORDERED** that the motion is **GRANTED with the conditions set forth below**.  The Court finds that any possibility of prejudice to Plaintiff from a stay of discovery is outweighed by the burden on Defendants resulting from conducting and responding to discovery while their Motion to Dismiss [Docket No. 5, Filed July 6, 2007] is pending.  *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955 (D. Colo. 2006) (citing *FDIC v. Renda*, 1987 WL 348635 (D. Kan. 1987)).  Accordingly, discovery shall be stayed for a period of ninety (90) days from the date of this Order, while the District Court considers Defendants' Motion to Dismiss.  While the stay is in effect, the parties may conduct any discovery that does not involve the opposing party, such as gathering written statements from cooperative witnesses or serving *subpoenas duces tecum* on non-parties for production of documents only.

Dated:  September 17, 2007