IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00977-WYD-KLM


JONATHAN D. MARTIN,

     Plaintiff,

v.

NORTH METRO FIRE RESCUE DISTRICT, and
JOSEPH BRUCE,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's Unopposed Motion to Modify Scheduling Order [Docket No. 35; Filed January 15, 2008] (the "Motion").  A partial stay of discovery in this case was in effect until December 17, 2007 while Defendants' Motion to Dismiss was pending.  The Motion to Dismiss was denied in its entirety on December 13, 2007 [Docket No. 29].  The deadlines set pursuant to the Scheduling Order [Docket No. 11], were entered prior to the stay and remain in effect.  The parties request that the Order be modified to extend the case deadlines.  For good cause shown,

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Simultaneous with the filing of this Minute Order, the Court enters the Modified Scheduling Order as submitted by Plaintiff and signed by counsel for all parties.

     IT IS FURTHER **ORDERED** that a Settlement Conference is set for **April 3, 2008 at 1:30 p.m.**  The parties shall submit a Confidential Settlement Statement on or before **March 20, 2008**, and shall follow the Court's Instructions for Preparation of Confidential Settlement Statements, a copy of which is attached.

     IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for July 9, 2008 at 9:15 a.m. is **vacated** and **RESET** to **September 9, 2008 at 10:30 a.m.**  A proposed Final Pretrial Order shall be submitted **five (5) days** in advance.


Dated:  January 17, 2008