IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00977-WYD-KLM

JONATHAN D. MARTIN,

        Plaintiff,

v.

NORTH METRO FIRE RESCUE DISTRICT, and
JOSEPH BRUCE,

        Defendant(s).

---

## MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' Stipulated Motion for Protective Order [Docket No. 43; Filed February 8, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.


Dated: February 11, 2008