IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00977-WYD-KLM

JONATHAN D. MARTIN,

    Plaintiff,

v.

NORTH METRO FIRE RESCUE DISTRICT, and
JOSEPH BRUCE,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion to Vacate Settlement Conference [Docket No. 53; Filed April 15, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for May 5, 2008 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

Dated: April 15, 2008